AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ELAINE WANAT,

V.

TOTAL CARD, INC. and
CAVALRY SPV I, LLC,

CASE NUMBER: 1:17-cv-01507

ASSIGNED JUDGE: Hon. Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Cavalry SPV I, LLC
c/o Registered Agent
C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

March 1, 2017

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-01507

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elaine Wanat v Calvalry SPVI, LLC

was received by me on *(date)* 03/01/2017 .

☐ I personally served the summons on the individual at *(place)* 208 S. LaSalle Suite 814 Chicago, IL 60604
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kimberly Hightower , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Calvalry SPVI, LLC on *(date)* 03/02/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/03/2017

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: